Dismissed and Memorandum Opinion filed December 23, 2004









Dismissed and Memorandum Opinion filed December 23,
2004.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00899-CR

____________

 

PEDRO
BENAVIDES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
184th District Court

Harris County,
Texas

Trial Court Cause No. 959,529

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to indecency with a
child.  In accordance with the terms of a
plea bargain agreement with the State, the trial court sentenced appellant on
August 26, 2004, to confinement for twenty years in the Institutional Division
of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal. 
See Tex. R. App. P. 25.2(a)(2).  The trial court’s certification is included
in the record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 23, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.

Do Not Publish — Tex. R. App. P. 47.2(b).